UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARREL LEON RAYFORD,
    Plaintiff,

vs.                                  Case No.:  3:25cv217/LC/ZCB

CENTURION OF FLORIDA, LLC,
et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 5, 2025. (Doc. 6). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as a malicious abuse of the judicial process under 28 U.S.C. § 1915A(b)(1).

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 2nd day of May, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**